Frisco M. CABALES, Appellant,

and

the United States of America ex rel.
Frisco M. Cabales, Petitioner,

v.

The UNITED STATES of America, as
Owner, Bulk Transport, Inc., General
Agent and Frank W. Lawrence, Master, of the SS ALBION VICTORY, Appellees.

No. 621, Docket 33223.

United States Court of Appeals
Second Circuit.

Argued June 6, 1969.

Decided June 11, 1969.

William E. Fuller, New York City
(Fuller, Hopkins, Lawton & Taussig,
New York City, on the brief), for appellant.

Peter Martin Klein, New York City
(William D. Ruckelshaus, Asst. Atty.
Gen., Robert M. Morgenthau, U. S. Atty.,
Louis E. Greco, Attorney in Charge, New
York Office, Admiralty and Shipping
Section, Department of Justice, on the
brief), for appellees.

Before WATERMAN, FRIENDLY
and KAUFMAN, Circuit Judges.

PER CURIAM:

Frisco M. Cabales was not on board his
ship, the SS Albion Victory, when it departed from Bataan, the Philippines, on
November 8, 1967. Accordingly, the
master of the vessel, Frank W. Lawrence,
logged him as a deserter. Cabales thereafter brought suit against the United
States, the owner of the SS Albion Victory, Bulk Transport, Inc., the general
agent operating the vessel, and Lawrence,
its master (who was not served with
process), claiming wages due, statutory
penalties, and other relief for the allegedly improper action by the master. Bulk
moved for summary judgment and the
Government moved for partial summary
judgment. Judge Sylvester J. Ryan, sitting in the Southern District of New
York, granted both motions, 300 F.Supp.
1323. We affirm.

This case presents the same question
decided today in Carter v. American Export Isbrandtsen Lines, Inc., 411 F.2d
1185 (2d Cir. 1969). Accordingly, we affirm the district court's order for summary judgment in Bulk's favor for the
reasons stated in that opinion.

As to the penalty wage claim and the
other relief sought by Cabales, we affirm
on the basis of Judge Ryan's opinion.